**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** ATF |
| **City** Mattapan | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____<br>Same Defendant _____ New Defendant _____<br>Magistrate Judge Case Number _____<br>Search Warrant Case Number _____<br>R 20/R 40 from District of _____ |

**Defendant Information:**

| | |
|---|---|
| Defendant Name | Sean Brown    Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No |
| Alias Name | |
| Address | (City & State) Hyde Park, Massachusetts |
| Birth date (Yr only): 1995   SSN (last4#): _____   Sex M   Race: _____   Nationality: USA | |

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Michael Crowley    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Nashua Street Jail.    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ─── ☐ Misdemeanor ─── ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/17/2025     Signature of AUSA: /s/ Michael Crowley

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Sean Brown

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____